SHACKLEFORD v. VARIETY WHOLESALERS, INC.

No. 275P97

Case below: 126 N.C.App. 225

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

STATE v. BATES

No. 145A91-3

Case below: Yadkin County Superior Court

Petition by Attorney General for writ of supersedeas and motion for temporary stay of the judgment of the Superior Court, Yadkin County allowed 27 June 1997. Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Yadkin County allowed 27 June 1997.

STATE v. BEATTY

No. 255A97

Case below: 126 N.C.App. 225

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 23 July 1997.

STATE v. BOYD

No. 242P97

Case below: 126 N.C.App. 226

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 July 1997.

STATE v. BROWN

No. 271P97

Case below: 126 N.C.App. 226

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.